473 A.2d 699

Hobbs v. Gillan, Appellant.

Argued January 10, 1984. David Kostka James, for appellant; Roy A. Keefer, Assistant District Attorney, for appellee.

Before WICKERSHAM, DEL SOLE and MONTEMURO, JJ.

Order affirmed.

473 A.2d 700

In re Estate of Safko.

Appeal of Edward Safko and Lucille Daniels.

Argued May 13, 1983. George I. Puhak, for appellants; David L. Glassberg, for appellee.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Order affirmed.